FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2021

No. 04-19-00771-CV

Kent B. **HOFFMAN**, Susan Hoffman Binieck, E. Peter Hoffman Jr., and Marni H. Cooney,
Appellants

v.

Andrew M. **THOMSON**; CDG Peeler Family Limited Partnership; Cynthia L. Littlefield; The Dick Family Irrevocable Trust; Gordon G. Thomson; Jane Elizabeth Erzen; Larry Wayne McCarty; Linda M. Ball; Michael David Dick; North Thomson Oil and Gas LP; Patricia P. Fleming; Paul W. Peeler Family Limited Partnership; Sandra Shannon Collins; Shannon Family Trust; Thomson Oil & Gas Investments LP; Coconut Point ST, LLC; Coconut Point OE, LLC; Colonial Villa Estates, LLC; Lazy Daze KLA, LLC; Whispering Pines Mobile Home Park, Ltd.; and R&H Paul, Inc.,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

On May 11, 2021, the submission panel denied Appellees' motion for rehearing. A motion for en banc reconsideration is due on May 26, 2021. *See* TEX. R. APP. P. 49.7.

Before the due date, Appellees filed a motion for a fifteen-day extension of time to file a motion for en banc reconsideration.

The motion is GRANTED. Appellees' motion for en banc reconsideration is due on June 10, 2021.

Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2021.



MICHAEL A. CRUZ, Clerk of Court